No. 96–6844.  TUCKER BEY v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 96–6849.  BELL v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 96–6855.  STROTHER v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–6857.  REBERGER v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–6864.  BROWN v. TURPIN, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 96–6877.  RICHARDSON v. WOOD ET AL.  C. A. 9th Cir. Certiorari denied.

No. 96–6878.  ROBINSON v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–6904.  PENLAND v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 96–6919.  TURNER v. JOHNSON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–6938.  BALL v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 96–6946.  GOLDBERG v. METRO DADE COUNTY, FLORIDA, BUILDING AND ZONING DEPARTMENT.  C. A. 11th Cir.  Certiorari denied.

No. 96–6947.  AMAYO v. PAUL REVERE INSURANCE GROUP. C. A. 6th Cir.  Certiorari denied.

No. 96–6960.  DEPIANO v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–6968.  SMITH v. BANKS, SUPERINTENDENT, GOLDSBORO CORRECTIONAL CENTER.  C. A. 4th Cir.  Certiorari denied.